THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.J., *et al.*,<br><br>               Plaintiffs,<br><br>    v.<br><br>CITY OF BELLINGHAM, *et al.*,<br><br>               Defendants. | CASE NO. C16-0620-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On January 5, 2017, Plaintiffs filed their fourth amended complaint (Dkt. No. 59). The amended complaint named three new Defendants: R. Chavez, individually and in his official capacity as a U.S. Border Patrol agent; Doe #1, Chavez's fellow Border Patrol agent; and Chris Bippley, individually and in his official capacity as the Deputy Chief Patrol Officer for the Blaine Sector of the U.S. Border Patrol. (*Id.* at 1, 5.)

As of April 24, 2017, Chavez and Bippley have not appeared or answered the complaint. Doe #1 has not been identified. Plaintiffs have not moved for default or otherwise demonstrated that they are prosecuting the case against these three new Defendants.

**Accordingly, the Court ORDERS Plaintiffs to show cause why these Defendants should not be dismissed for failure to prosecute. Plaintiffs must either file a response to this**

**order prior to the status conference set for next Tuesday, May 2, 2017, or come to the status conference prepared to address this issue.**

DATED this 24th day of April 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
