THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.J., *et al.*, | CASE NO. C16-0620-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CITY OF BELLINGHAM, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On April 24, 2017, the Court ordered Plaintiffs to show cause why their claims against Defendants R. Chavez, Doe #1, and Chris Bippley should not be dismissed for failure to prosecute. (Dkt. No. 69 at 1.) Plaintiffs were directed to respond to the show cause order prior to the status conference set for May 2, 2017, or to come to the status conference prepared to address this issue. (*Id.* at 1-2.) Plaintiffs submitted no response and it does not appear Plaintiffs raised the issue at the status conference. (*See* Dkt. No. 70.) More than two months later, no further action has been taken to prosecute the claims.

Plaintiffs' counsel is unavailable through Tuesday, July 11, 2017. (Dkt. No. 71 at 1.) **Accordingly, the Court gives Plaintiffs until Friday, July 14, 2017 to sufficiently address the show cause order (Dkt. No. 69). If Plaintiffs fail to do so, the claims against the**

1 **aforementioned Defendants will be dismissed for failure to prosecute. No extension of this**
2 **deadline shall be permitted.**

DATED this 5th day of July 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk