THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.J., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BELLINGHAM, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C16-0620-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' response (Dkt. No. 74) to the order to show cause (Dkt. No. 69; *see also* Dkt. No. 73). Given Counsel's medical situation, the Court finds that Plaintiffs have satisfactorily responded and rescinds the order to show cause. However, this case needs to move forward now. Counsel states that he will personally serve the summons and complaints on the Border Patrol Defendants in the next week. (Dkt. No. 74 at 2.) The Court grants him leave to do so. **The Border Patrol Defendants shall be served no later than Friday, July 21, 2017 or the claims against them will be dismissed.**

//
//
//

1       DATED this 13th day of July 2017.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk