THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| A.J., ANTONIO J., LUCIANA ZEFERINO, | CASE NO. C16-0620-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CITY OF BELLINGHAM, *et. al.*, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant City of Bellingham's motion to strike its motion to compel (Dkt. No. 79). The Court DIRECTS the Clerk of Court to STRIKE the motion (Dkt. No. 77).

DATED this 17th day of November 2017.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk