UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.J., ANTONIO J., LUCIANA ZEFERINO, | CASE NO. C16-0620-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CITY OF BELLINGHAM, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to reset the trial date and to refer to Plaintiff by his full name (Dkt. No. 86). The Court hereby GRANTS the motion and ORDERS as follows:

(1) The jury trial set for July 30, 2018 is CONTINUED to December 10, 2018. The proposed order shall be due November 30, 2018. Trial briefs and proposed voir dire and jury instruction are due by December 3, 2018. Discovery cutoff is 120 days before the new trial date, and dispositive motions must be filed no later than 90 days before the new trial date.

(2) Plaintiff is now an adult and may hereafter be referred to by his name, rather than the initials "A.J.".

DATED this 31st day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C16-0620-JCC
PAGE - 2