UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.J., *et al.*, | CASE NO. 16-0620-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CITY OF BELLINGHAM, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Trial in this matter is scheduled to begin on Monday, December 10, 2018 at 9:30 a.m. (Dkt. No. 87.) Regarding the proposed jury instructions, due December 3, 2018, the parties shall submit a joint set, including a proposed verdict form. The parties should indicate which instructions they agree upon and which instructions are contested, along with the basis for challenging each contested instruction. All standard jury instructions should be included. An additional clean copy of the proposed instructions and verdict form should be submitted in word format to the following e-mail address: CoughenourOrders@wawd.uscourts.gov. Furthermore, the Court ORDERS that motions *in limine*, if any, should be filed no later than Friday, November 30, 2018.

//

DATED this 23rd day of August 2018.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
16-0620-JCC
PAGE - 2