THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.J., *et al.*,

        Plaintiffs,

    v.

CITY OF BELLINGHAM, *et al.*,

        Defendants.

CASE NO. C16-0620-JCC

MINUTE ORDER

       The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

       This matter comes before the Court on Plaintiff's motion to voluntarily dismiss Defendants R. Chavez and Chris Bippley (Dkt. No. 104). Defendants Chavez and Bippley do not oppose Plaintiff's motion.

       Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's motion is GRANTED. Defendants Chavez and Bippley are DISMISSED without prejudice and without fees or costs to any party. The Court DIRECTS the Clerk to change the case caption to reflect that Defendants Chavez and Bippley are no longer parties to this action.

       DATED this 24th day of September 2018.

MINUTE ORDER
C16-0620-JCC
PAGE - 1

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C16-0620-JCC
PAGE - 2