THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.J., *et al*., | CASE NO. C16-0620-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CITY OF BELLINGHAM, *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On September 24, 2018, the Court granted Plaintiffs' motion to voluntarily dismiss Defendants R. Chavez and Chris Bippley. (Dkt. No. 105.) The Court now STRIKES Defendants Chavez and Bippley's pending motions to dismiss (Dkt. Nos. 101, 102) as moot.

DATED this 25th day of September 2018.

William M. McCool<br>Clerk of Court<br><br>s/Tomas Hernandez<br>Deputy Clerk

MINUTE ORDER C16-0620-JCC
PAGE - 1