THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.J., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BELLINGHAM, *et al.*, <br><br> Defendants. | CASE NO. C16-0620-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court ORDERS that the jury trial date in this case be continued to July 29, 2019 at 9:30 A.M. The proposed pretrial order is due by July 19, 2019. Trial briefs and proposed *voir dire* and jury instructions are due by July 22, 2019. Discovery cutoff is 120 days before the new trial date, and dispositive motions must be filed no later than 90 days before the new trial date.

DATED this 19th day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk