UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.J., *et al.*, | CASE NO. C16-0620-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CITY OF BELLINGHAM, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' unopposed motion to continue the trial date and related deadlines (Dkt. No. 109). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1. The jury trial date in this matter is CONTINUED to November 12, 2019 at 9:30 A.M.
2. The proposed pretrial order is due by November 1, 2019.
3. Trial briefs and proposed *voir dire* jury instructions are due by November 4, 2019.

DATED this 28th day of June 2019.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk