UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.J. *et al.*, | CASE NO. C16-0620-JCC |
| Plaintiffs, | ORDER |
| v. | |
| CITY OF BELLINGHAM *et al.*, | |
| Defendants. | |

This matter comes before the Court *sua sponte*. This matter is hereby deemed REFERRED to the Honorable Michelle L. Peterson, United States Magistrate Judge, pursuant to Amended General Order No. 02-19.

DATED this 16th day of October 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE