UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALFREDO JUAREZ, *et al*.,

    Plaintiffs,

v.

CITY OF BELLINGHAM, *et al.*,

    Defendants.

Case No. C16-620-JCC-MLP

ORDER

For the reasons stated on the record, the Court finds good cause to grant Plaintiffs' unopposed LCR 7(i) telephonic motion for an extension of the trial date and related deadlines in this matter. Accordingly, the jury trial date in this matter is CONTINUED to **Tuesday, May 26, 2020 at 9:30 a.m**. The proposed pretrial order is due by no later than May 15, 2020. Trial briefs and proposed *voire dire* and jury instructions are due by May 18, 2020. **No further extensions of the trial date will be granted in this matter.**

As the parties were advised during the hearing, this Court will conduct monthly status conferences to ensure that the case is proceeding to trial in a timely manner. The first telephonic status conference is set for Monday, November 25, 2019 at 1:30 p.m.

ORDER - 1

The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 29th day of October, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2