THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALFREDO JUAREZ, *et al.*, | CASE NO. C16-0620 JCC-MLP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CITY OF BELLINGHAM, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court understands the parties are ready and available for trial at the Court's convenience. (Dkt. No. 127.) However, the United States Courthouse in Seattle remains closed in light of the novel coronavirus pandemic, with a substantial trial backlog once it reopens. *See* W.D. Wash. Gen. Orders Nos. 02-20, 11-20, 13-20. Given these circumstances, the Court will not currently set the trial. Instead, within twenty-one (21) days of the reopening of the Seattle Courthouse, the parties are ORDERED to meet-and-confer[1] and to provide the Court with a Joint Status Report. The report should provide the Court with three proposed alternative trial dates, the number of days the parties currently anticipate are

---

[1] This meet-and-confer must be a face-to-face meeting or a telephonic conference.

MINUTE ORDER
C16-0620 JCC-MLP
PAGE - 1

needed for trial, and any potentially conflicting trial dates for counsel, i.e., counsel's other scheduled trials. If the parties are unable to agree on any part of the Report, they may answer in separate paragraphs; no separate reports are to be filed.

DATED this 23rd day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
