THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFREDO JUAREZ, *et al.*, | CASE NO. C16-0620-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CITY OF BELLINGHAM, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court understands that the parties are ready and available for trial in this matter. (Dkt. No. 127.) However, as a result of the impact of the COVID-19 pandemic in this district, the Court has been unable to safely hold in-person proceedings, and it is not yet clear when the opportunity will next arise. *See* W.D. Wash. Gen. Orders Nos. 02-20, 11-20, 13-20, 18-20. Nevertheless, the Court is sensitive to the parties' need to resolve this matter. Therefore, the parties are ORDERED to appear for a status conference at 10 a.m. on January 27, 2021. The conference will proceed remotely via videoconference.

//

//

//

MINUTE ORDER
CR16-0620-JCC
PAGE - 1

DATED this 6th day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
CR16-0620-JCC
PAGE - 2