THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALFREDO JUAREZ, *et al.*,

Plaintiffs,

v.

CITY OF BELLINGHAM, *et al.*,

Defendants.

CASE NO. C16-0620-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Trial in this matter is scheduled for September 27, 2021. The Court previously established case management deadlines by entry on January 27, 2021. (*See* Dkt. No. 131.) The Court hereby modifies that entry solely as it relates to the following deadlines:

1. **Motions in limine:** Any motions in limine must be filed on or before Friday, September 3, 2021. Objections or responses to the motions in limine must be filed on or before Friday September 10, 2021.
2. **Jury instructions and verdict forms**: Proposed instructions and a verdict form should be submitted on or before Monday September 20, 2021. Two sets of course-of-trial and end-of-trial jury instructions and a verdict form should be submitted. One set should be numbered sequentially, with citations, indicating whether the instruction is agreed or disputed. A second, clean copy without numbering, citations, or indication whether the instruction is agreed or disputed should be submitted. All standard jury instructions should be included. The Court

relies primarily upon the Ninth Circuit Manual for Model Jury Instructions to prepare final instructions for submission to the jury. The proposed instructions and the verdict form should also be submitted to chambers in word format at the following e-mail address: CoughenourOrders@wawd.uscourts.gov.

DATED this 22nd day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk